# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conti, Joy Flowers | U.S. District Court WDPA | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street, Suite 5250
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Board Member | Catholic Charities |
| 2. Regent | Kushkushkee Trail Chapter of the Daughters of the American Revolution |
| 3. Member | University of South Carolina School of Law Cybersecurity Legal Task Force |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Boenning & Scattergood - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Foundation, Inc | January 31 - February 6, 2020 | Key West, FL | Short Course on Economics and Case Analysis Seminar | Lodging, Transportation, Meals |
| 2. | The Naples Roundtable, Inc. | February 15-20, 2020 | Naples, FL | 2020 3rd Annual Leahy Institute of Advanced Patent Studies | Lodging, Transportation, Meals |
| 3. | University of South Carolina | March 4-5, 2020 | Columbia, SC | Ransomware - National Cybersecurity Legal Institute | Lodging, Transportation, Meals |
| 4. | Arizona State University | March 10-12, 2020 | Phoenix, AZ | 2020 ASU - Arkfeld eDiscovery Conference | Lodging, Transportation, Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   BROKERAGE ACCOUNT #1 - J (H) | | | | | | | | | |
| 2.   -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 3.   ROTH IRA ROLLOVER ACCOUNT #1 - W (H) | | | | | | | | | |
| 4.   -New Residential Invt Corp Stock | B | Dividend | J | T | Sold (part) | 04/01/20 | J | | |
| 5. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 6.   -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | Sold (part) | 01/28/20 | K | E | |
| 7.   -Fidelity Advusor Ser VII Technology Fund Cl A | C | Dividend | L | T | | | | | |
| 8.   -JP Morgan Chase & Co Stock | A | Dividend | | | Sold | 04/01/20 | K | | |
| 9.   -Standard Bank Deposit Account | A | Interest | K | T | | | | | |
| 10.  -Conifer Hldgs 6.75% Pfd Inc Sr Note due 09/30/23 | B | Interest | J | T | | | | | |
| 11.  -Priority Income Fund Pfd Ser C 6.625% due 06/30/24 | A | Dividend | J | T | | | | | |
| 12.  -Galectin Theraputics Stock | | None | J | T | | | | | |
| 13.  -Merchants Bancorp 7% Pfd Perp Mty Call 04/01/24 | A | Interest | J | T | | | | | |
| 14.  -First Internet 6% Pfd Bancorp due 6/30/29 | A | Interest | J | T | | | | | |
| 15.  -Apple Inc Stock | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 16.  -Disney Walt Company | | None | K | T | Buy | 05/08/20 | J | | |
| 17.  -Invesco QQQ Trust | A | Dividend | J | T | Buy | 04/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Morgan Stanley Insight Fund | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 19.   -Oxford Lane Capital Corp Stock | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 20.   -Oceanfirst Fin 7% Pfd Stock | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 21.   RETIREMENT PLAN #2 - W (H) | | | | | | | | | |
| 22.   -TIAA Traditional Annuities | D | Interest | M | T | | | | | |
| 23.   -Vanguard REIT Index Fund | A | Dividend | J | T | Sold<br>(part) | 01/15/20 | J | A | |
| 24. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 25. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 26. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 27. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 28. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 29. | | | | | Sold<br>(part) | 07/15/20 | J | A | |
| 30. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 31. | | | | | Sold<br>(part) | 09/15/20 | J | A | |
| 32. | | | | | Sold<br>(part) | 10/15/20 | J | A | |
| 33. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 34. | | | | | Sold<br>(part) | 12/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -CREF Stock R2 Fund | | None | L | T | Sold<br>(part) | 01/15/20 | J | A | |
| 36. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 37. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 38. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 39. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 41. | | | | | Sold<br>(part) | 07/15/20 | J | A | |
| 42. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 43. | | | | | Sold<br>(part) | 09/15/20 | J | A | |
| 44. | | | | | Sold<br>(part) | 10/15/20 | J | A | |
| 45. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 46. | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 47.   -CREF Money Market R2 | | None | L | T | Sold<br>(part) | 01/15/20 | J | A | |
| 48. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 49. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 50. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 51. | | | | | Sold<br>(part) | 05/15/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 53. | | | | | Sold<br>(part) | 07/15/20 | J | A | |
| 54. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 55. | | | | | Sold<br>(part) | 09/15/20 | J | A | |
| 56. | | | | | Sold<br>(part) | 10/15/20 | J | A | |
| 57. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 58. | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 59.    -Vanguard Small Cap Index Fund | A | Dividend | K | T | Sold<br>(part) | 01/15/20 | J | A | |
| 60. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 61. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 62. | | | | | Sold<br>(part) | 04/15/20 | J | | |
| 63. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 64. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 65. | | | | | Sold<br>(part) | 07/15/20 | J | A | |
| 66. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 67. | | | | | Sold<br>(part) | 09/15/20 | J | A | |
| 68. | | | | | Sold<br>(part) | 10/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 70. | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 71. -Vanguard Mid Cap Index Fund | A | Dividend | K | T | Sold<br>(part) | 01/15/20 | J | A | |
| 72. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 73. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 74. | | | | | Sold<br>(part) | 04/15/20 | J | | |
| 75. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 76. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 77. | | | | | Sold<br>(part) | 07/15/20 | J | A | |
| 78. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 79. | | | | | Sold<br>(part) | 09/15/20 | J | A | |
| 80. | | | | | Sold<br>(part) | 10/15/20 | J | A | |
| 81. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 82. | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 83. -American Mutual Fund R6 | A | Dividend | J | T | Sold<br>(part) | 01/15/20 | J | A | |
| 84. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 85. | | | | | Sold<br>(part) | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/15/20 | J | | |
| 87. | | | | | Sold (part) | 05/15/20 | J | | |
| 88. | | | | | Sold (part) | 06/15/20 | J | | |
| 89. | | | | | Sold (part) | 07/15/20 | J | A | |
| 90. | | | | | Sold (part) | 08/17/20 | J | A | |
| 91. | | | | | Sold (part) | 09/15/20 | J | A | |
| 92. | | | | | Sold (part) | 10/15/20 | J | A | |
| 93. | | | | | Sold (part) | 11/16/20 | J | A | |
| 94. | | | | | Sold (part) | 12/15/20 | J | A | |
| 95.    -Dodge & Cox Income Fund | B | Dividend | K | T | Sold (part) | 01/15/20 | J | A | |
| 96. | | | | | Sold (part) | 02/18/20 | J | A | |
| 97. | | | | | Sold (part) | 03/16/20 | J | A | |
| 98. | | | | | Sold (part) | 04/15/20 | J | A | |
| 99. | | | | | Sold (part) | 05/15/20 | J | A | |
| 100. | | | | | Sold (part) | 06/15/20 | J | A | |
| 101. | | | | | Sold (part) | 07/15/20 | J | A | |
| 102. | | | | | Sold (part) | 08/17/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/15/20 | J | A | |
| 104. | | | | | Sold (part) | 10/15/20 | J | A | |
| 105. | | | | | Sold (part) | 11/16/20 | J | A | |
| 106. | | | | | Sold (part) | 12/15/20 | J | A | |
| 107. ROTH IRA ROLLOVER ACCOUNT #3 - H (H) | | | | | | | | | |
| 108. -JP Morgan Value Advantage Fund | A | Dividend | | | Sold | 08/24/20 | K | A | |
| 109. -JP Morgan Chase & Co Stock | A | Dividend | K | T | | | | | |
| 110. -SPDR S&P 500 ETF Trust Units | A | Dividend | J | T | Sold (part) | 01/28/20 | K | D | |
| 111. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 112. -Assured Guaranty Ltd | A | Dividend | | | Sold | 06/22/20 | J | | |
| 113. -Conifer Hldgs 6.75% Pfd Inc Sr Note due 09/30/23 | A | Dividend | J | T | | | | | |
| 114. -Invesco Global Opport Fund (Name Change) | A | Dividend | J | T | | | | | |
| 115. -Southerly Hotels 8.25% Pfd Perp Mty Call 04/18/24 | | None | J | T | | | | | |
| 116. -ETF Managers Trust Prime Cyber Sec | A | Dividend | J | T | | | | | |
| 117. -First Internet 6% Pfd Bancorp Note Due 6/30/29 | A | Interest | K | T | | | | | |
| 118. -New Residential Invt Corp Stick | B | Dividend | J | T | Buy (add'l) | 04/07/20 | J | | |
| 119. -Apple Inc Stock | A | Dividend | J | T | Buy | 08/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Palantir Technologies Inc Stock | | None | K | T | Buy | 11/25/20 | K | | |
| 121.  -Morgan Stanley Insight Fund\ | B | Dividend | K | T | Buy | 06/22/20 | K | | |
| 122.  -Oxford Lane Capital Corp Stock | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 123.  IRA ROLLOVER ACCOUNT #6 - H (H) | | | | | | | | | |
| 124.  -S&T Bancorp Stock | A | Dividend | J | T | | | | | |
| 125.  -Standard Bank Deposit Account | A | Interest | K | T | | | | | |
| 126.  -JP Morgan Value Advantage Fund | | None | | | Sold | 08/24/20 | K | A | |
| 127.  -SPDR SER TR S&P REGL BKG ETF | A | Dividend | J | T | | | | | |
| 128.  -SPDR SER TR S&P BK ETF | | None | | | Sold | 03/09/20 | J | | |
| 129.  -SPDR S&P 500 ETF Trust Units | A | Dividend | J | T | Sold | 01/28/20 | K | D | |
| 130. | | | | | Buy | 03/09/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 132.  -JP Morgan Chase & Co Stock | A | Dividend | J | T | | | | | |
| 133.  -New Residential Invt Corp Stock (REIT) | B | Dividend | J | T | Buy<br>(add'l) | 03/20/20 | J | | |
| 134.  -Vanguard Information ETF Technology | A | Dividend | J | T | | | | | |
| 135.  -Weatherford International PLC Stock New<br>(Name Change) | | None | | | Sold | 04/08/20 | J | | |
| 136.  -Priority Income Fund Pfd Ser C 6.625%<br>Mty 06/30/24 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Merchants Bancorp 7% Pfd Perp Mty Call 04/01/24 | B | Dividend | K | T | | | | | |
| 138.  -Tristate Cap 6.375% Pfd Perp Call 07/01/24 | A | Dividend | K | T | | | | | |
| 139.  - Invesco QQQ Trust | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 140. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 141.  -MTBC Inc 11% Pfd Stock | B | Dividend | J | T | Buy | 04/23/20 | J | | |
| 142.  -Columbia Small Cap Growth Fund | B | Dividend | K | T | Buy | 08/25/20 | K | | |
| 143.  -Vanguard Information ETF Technology | A | Dividend | K | T | Buy | 08/25/20 | J | | |
| 144. CITIZENS BANK ACCOUNTS | | None | J | T | | | | | |
| 145. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 146. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 147. METROPOLITAN LIFE WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 148. METRO LIFE (Name Change from Genl Amer) WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 149. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 150. METROPOLITAN LIFE WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 151. NORTHWESTERN WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 152. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 153. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. HUNTINGTON BANK ACCOUNT | | None | J | T | | | | | |
| 155. BROKERAGE ACCOUNT #2 (W) (H) | | | | | | | | | |
| 156. -New Residential Investment Corp Stock (REIT) | A | Dividend | J | T | | | | | |
| 157. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 158. ROTH IRA ROLLOVER ACCOUNT #7 - H (H) | | | | | | | | | |
| 159. -Safe-T-Shade LLC | | None | K | T | | | | | |
| 160. -Averatek Inc Stock | | None | J | T | | | | | |
| 161. -Averatek 8% Convertible Note due 4/30/22 | A | Interest | J | T | | | | | |
| 162. SEVENTH STREET INVESTMENT LP | | None | K | T | | | | | |
| 163. TAASERA INC STOCK | | None | | | Sold | 09/15/20 | J | | |
| 164. 401(K) PLAN #1 - H (H) | | | | | | | | | |
| 165. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 166. -Invesco QQQ ETF Trust Units | A | Dividend | J | T | | | | | |
| 167. -SPDR S&P 500 ETF Trust Units | A | Dividend | J | T | | | | | |
| 168. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Conti, Joy Flowers | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION FOR:

Part VII    Investments and Trusts

From prior years:

There is no Retirement Plan #1

There is no IRA Rollover/Roth IRA Rollover Accounts # 2, 4 or 5

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544